| | | | |
|---|---|---|---|
| AUSA: | Benjamin Coats | Telephone: | (313) 226-9100 |
| Task Force Officer: | Jeb Rutledge | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Steven Blake Spidell

Case No. Case: 2:22−mj−30066
Assigned To : Unassigned
Assign. Date : 2/11/2022
Description: CMP USA v. SPIDELL (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10, 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Jeb Rutledge_
Complainant's signature

Det. Jeb Rutledge, Task Force Officer (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 11, 2022

City and state: Detroit, Michigan

_Jonathan J.C. Grey_
*Judge's signature*

Hon. Jonathan J.C. Grey, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Task Force Officer, Detective Jeb Rutledge being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a duly sworn Police Officer currently holding the rank of Detective with the City of Detroit, Michigan. I have been with the Detroit Police Department since 1998 and was appointed to Detective in 2014. In my 23 years as a Detroit Police Officer, I have worked numerous assignments including, uniformed patrol, plain clothes Precinct special operations, Breaking and Entering Task Force, Precinct Detective Unit and Homicide. During my career, I have been involved in or have been the officer in charge of hundreds of investigations that range from larcenies to violent assaults and homicides, many of which resulted in successful state and federal prosecutions. I transferred to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, Firearms Investigative Team (ATF/FIT) in August 2020 and was sworn in as a Task Force Officer in November 2020.

2. I make this affidavit based on my training and experience, my personal knowledge, and from information gathered in this investigation from involved officers, special agents, witnesses who have personal knowledge or utilizing state, local or federal documents, evidence or other means. This affidavit is for the limited purpose of establishing probable cause that Steven Blake

1

SPIDELL (DOB xx/xx/1992) has violated Title 18, United States Code, Section 922(g)(1), Felon in Possession of a Firearm, and does not contain all details or facts known to law enforcement related to this investigation.

## PROBABLE CAUSE

3. On or around February 1, 2022, I was reviewing ShotSpotter patterns in the City of Detroit's 9th Precinct. ShotSpotter is a gunfire locator or gunshot detection system that detects and conveys the location of gunfire or other weapons fire using a combination of sensors in a geographic area and provides law enforcement with immediate and accurate locations of gunfire using GPS coordinates.

4. I observed numerous ShotSpotter alerts at or near 10421 Cadieux Rd., Detroit, Michigan 48224. 10421 Cadieux is a two-story, multi-unit, multi-family apartment building with a courtyard in the center and a walkway down the center of the courtyard. I further investigated the ShotSpotter alerts and discovered numerous National Integrated Ballistics Information Network (NIBIN) leads that compared to one another indicating that a .40 caliber handgun was suspected to be fired on ten separate occasions. NIBIN is a national database of digital images of spent bullets and cartridge cases found at crime scenes or test-fired from confiscated weapons. It is a unique ballistic comparison system that allows

technicians to digitize and automatically sort shell casing signatures. The ballistic match provides investigators with real-time leads.

5. The ten ShotSpotter alerts and NIBIN leads dated from January 18, 2022, thru February 3, 2022, not including the February 10th incident, and they are depicted in the image below.



6. Based on the numerous ShotSpotter alerts and evidence recoveries in the immediate area of 10421 Cadieux Rd., Detroit, Michigan, I received approval from the ATF to deploy a fixed surveillance unit at that location. The fixed surveillance unit was deployed on February 8, 2022. Mobile surveillance was also deployed to the area to maintain periodic surveillance to determine a suspect or suspects responsible for firing a handgun within city limits.

3

7.      On February 10, 2022, TFO Joshua Scott was in the area of 10421 Cadieux, when he observed a man, later identified as Steven SPIDELL, exit 10421 Cadieux Rd. from the rear courtyard area on foot and walk into the alley while carrying an unknown dark object in his right hand. TFO Scott observed SPIDELL, wearing a black ¾ length coat and gray jeans, walk into the alley and walk briefly out of sight. Very soon upon losing sight of SPIDELL, TFO Scott heard what he believed to be four gunshots being fired in a very close proximity and in the same vicinity where he lost sight of SPIDELL. Immediately after hearing the gunshots, TFO Scott observed SPIDELL walking in the alley back towards 10421 Cadieux, holding a small black object in his right hand, then disappear out of sight back into the courtyard of 10421 Cadieux. As TFO Scott heard the suspected gunshots, a ShotSpotter alert was generated to 10370 Merlin St., Detroit, Michigan (marked on the image below with "4") for four gunshots detected.



8.      Detroit Police officers Jared Jemison and Alec Rebecca assigned to Detroit Police scout 9-4 were dispatched to this alert. Upon arrival, scout 9-4 canvassed the area where the ShotSpotter alerted to and to where TFO Scott indicated. Scout 9-4 located and recovered three .40 caliber shell casings. The casings were collected.

9.      TFO Scott alerted additional surveillance officers to respond to the area to set up a perimeter to watch for SPIDELL, who had yet to emerge from the apartments. TFO Scott also notified me to review footage from the mobile surveillance unit due to the fact SPIDELL walked past the unit. A review of the surveillance footage revealed SPIDELL walking past the unit at approximately 11:05 a.m. and retrieving something from his person then producing what appeared

5

to be a black handgun and hold it in his right hand as he walked past. Moments later, SPIDELL returned, holding what appeared to be a black handgun in his right hand, then walked out of sight towards the rear of 10421 Cadieux Rd. and entered an unknown apartment.

 

10. At approximately 1:25pm, SPIDELL was observed walking from the area of 10421 Cadieux #18 or #19 towards a parked black 2013 Buick Verano (improper plate). SPIDELL entered the driver's compartment of the Buick and drove away. TFO Scott and TFO Stuart Martin advised nearby Detroit Police scout cars of the direction of travel and SPIDELL (lone occupant) was stopped and investigated.

6

11. SPIDELL's identifying information was entered into Law Enforcement Information Network (LEIN), which revealed a felony warrant for receiving and concealing stolen property out of 3rd Circuit Court, Wayne County Michigan, OCA#2106153201. SPIDELL was arrested for his outstanding warrant and conveyed to the Detroit Detention Center for housing. SPIDELL was asked where he lived or where he was coming from, and he told officers that he was at 10421 Cadieux Rd., #18. SPIDELL was not in possession of any weapons at the time of arrest and when his vehicle was inventoried, no weapons were located or recovered.

12. Officers went to 10421 Cadieux Rd., #18, to investigate the occupants. Sgt. Brandon Shortridge knocked on the door of 10421 Cadieux Rd., #18, which was answered by Individual #1. Sgt. Shortridge observed a shotgun in open view when Individual #1 answered the door. Based on the circumstances, officers had probable cause to believe that the suspected firearm used by SPIDELL to fire multiple rounds was still suspected to be inside 10421 Cadieux Rd., #18. Additionally, entry of Individual #1's information into LEIN revealed he was prohibited from possessing a firearm. Officers held the perimeter of 10421 Cadieux Rd., #18, until a State of Michigan search warrant was approved.

13. At approximately 4:30 p.m., members of the Detroit Police Department and members of the ATF Firearms Investigation Team executed the search warrant and 10421 Cadieux Rd., #18. Upon entry and search, officers located and seized seven guns, including a .40 caliber Glock Gen5handgun suspected to have been used by Steven SPIDELL earlier that day.

14. On February 11, 2022, Special Agent Michael Jacobs advised me, based upon the verbal descriptions provided, without physically examining the firearm, that the referenced firearm is a firearm as defined under 18 U.S.C. § 921, and was manufactured outside of the state of Michigan after 1898, and therefore had traveled in and affected interstate commerce.

15. A review of SPIDELL's criminal history revealed a conviction in the 3rd Circuit Court of Michigan in February 2014 for a felony, namely attempted carrying of a concealed weapon. SPIDELL was sentenced to probation for this offense to be monitored by the Michigan Department of Corrections. In November 2021, SPIDELL was found guilty of a felony in 3rd Circuit Court of Michigan for carrying a concealed weapon. SPIDELL was sentenced to one year probation beginning February 7, 2022. Based on my training, experience, and knowledge of this investigation, I believe SPIDELL knew he had been convicted on each of these occasions of a crime punishable by imprisonment for more than one year.

16. A LEIN check of the .40 Glock 23 Gen5 handgun, SN: BETV324, revealed the handgun to be reported stolen on January 4, 2022, and documented on Detroit Police report #2201040311.

## CONCLUSION

Probable cause exists that Steven Blake SPIDELL, a convicted felon, did knowingly possess a firearm and ammunition that had previously traveled in interstate and/or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

*Jeb Rutledge*
Detective Jeb Rutledge, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Jonathan JC Grey*
HON. JONATHAN J.C. GREY
UNITED STATES MAGISTRATE JUDGE

Date: February 11, 2022